UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANTHONY SMITH GORDON                                                                                        PLAINTIFF

v.                                              No. 2:20-CV-02020

SHERIFF RON BROWN, et al.                                                                              DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 33) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss Plaintiff's case without prejudice for failure to prosecute. The report and recommendations (Doc. 33) is ADOPTED.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 4th day of January, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE